# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Danielle Thomas, | Civil No. 12-60 (MJD/SER) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| East Metro Place, and North Star Residential, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's application to proceed *in forma pauperis*, [Doc. No. 2], be **DENIED**; and

2.  This action be summarily **DISMISSED** for lack of jurisdiction.

Dated:  April 30, 2012

s/Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court